EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>  Carlota Capó (1533);<br>  Luis E. Tirado Barreras (1957):<br>  Miguel A. Rosario Quiles (3087);<br>  Ricardo Corretjer Ruiz (4218);<br>  Amaury Sánchez Ruiz (5352);<br>  Juan Camacho Maldonado (6715);<br>  Jorge L. Ramos Rodríguez (7460);<br>  Jesús M. Pérez Félix (7574);<br>  Milagros Cabrera Rosado (7876);<br>  Manuel S. Martínez Ortiz (9717);<br>  Noel A. Cruz Galíndez (10478);<br>  Linda J. Díaz Rivera (11395);<br>  Amaury R. Colón Burgos (12834) | Querella<br><br>2001 TSPR 87 |

Fecha: 4/mayo/2001

Colegio de Abogados de Puerto Rico:
                         Lcda. Mady Pacheco García de la Noceda
                         Directora Ejecutiva

Abogado de la Parte Querellada:

                         Por Derecho Propio

Materia: Falta de Pago de Cuota de Colegiación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

| | |
|---|---|
| Carlota Capó (1533); | |
| Luis E. Tirado Barreras (1957); | Querella sobre |
| Miguel A. Rosario Quiles (3087); | suspensión del |
| Ricardo Corretjer Ruiz (4218); | ejercicio de |
| Amaury Sánchez Ruiz (5352); | abogacía y la |
| Juan Camacho Maldonado (6715); | notaría |
| Jorge L. Ramos Rodríguez (7460); | |
| Jesús M. Pérez Félix (7574); | |
| Milagros Cabrera Rosado (7876); | |
| Manuel S. Martínez Ortiz (9717); | |
| Noel A. Cruz Galíndez (10478); | |
| Linda J. Díaz Rivera (11395); | |
| Amaury R. Colón Burgos (12834); | |

PER CURIAM

San Juan, Puerto Rico, a 4 de mayo de 2001.

Mediante Resolución concedimos un término de veinte (20) días a las abogadas y abogados querellados de epígrafe para que mostraran causa por la cual no debían ser suspendidos del ejercicio de la abogacía por no haber satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico. En dichas resoluciones los abogados fueron apercibidos de que su incumplimiento con la orden de este Tribunal conllevará su suspensión automática del ejercicio de la abogacía.

Dichas órdenes fueron notificadas por correo certificado a la dirección de récord de los

abogados querellados. Algunas fueron devueltas por haber cambiado dichos abogados de dirección, y no haber notificado el cambio a la Secretaría de este Tribunal.

La Regla 9(j) del Reglamento del Tribunal Supremo impone a todo abogado el deber ineludible de notificar cualquier cambio de su dirección a la Secretaria del Tribunal Supremo. El incumplimiento de tal deber es suficiente para decretar la separación indefinida de la abogacía. In re: Serrallés III, 119 D.P.R. 494 (1987); In re: Berríos Pagán, 126 D.P.R. 458 (1990).

Transcurrido el término concedido a los querellados sin haber recibido su contestación, procedemos a resolver según intimado.

Tomando en consideración su renuencia injustificada a satisfacer el pago de la cuota de colegiación, In re: Morales, Rubin, 139 D.P.R. 44 (1995); In re: Serrallés III, supra; Colegio de Abogados v. Schneider, 117 D.P.R. 504 (1986); y su indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas, In re: Colón Torres, 129 D.P.R. 490 (1991); In re: Pérez Benabe, 133 D.P.R. 361 (1993); In re: Ribas Dominici, 131 D.P.R. 491 (1992); In re: Nicot Santana, 129 D.P.R. 717 (1992), se decreta la suspensión inmediata e indefinida del ejercicio de la abogacía de los abogados de epígrafe.

Este Per Curiam y la Sentencia correspondiente se le notificará personalmente a los abogados o abogadas de epígrafe a la última dirección que aparezca en el expediente personal del abogado. En los casos de diligenciamientos negativos, o aquellos casos en que ha sido devuelta la correspondencia porque los abogados o abogadas no han notificado cambio de dirección, y aquellos cuyas direcciones sean fuera de Puerto Rico, se les notificará por correo con acuse de recibo a la última dirección que aparece en los expedientes personales y una vez remitida, se considerará notificado al abogado o abogada de su suspensión y la misma será efectiva a partir de esa fecha.

Se dictará la Sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Carlota Capó (1533);
Luis E. Tirado Barreras (1957);
Miguel A. Rosario Quiles (3087);
Ricardo Corretjer Ruiz (4218);
Amaury Sánchez Ruiz (5352);
Juan Camacho Maldonado (6715);
Jorge L. Ramos Rodríguez (7460);
Jesús M. Pérez Félix (7574);
Milagros Cabrera Rosado (7876);
Manuel S. Martínez Ortiz (9717);
Noel A. Cruz Galíndez (10478);
Linda J. Díaz Rivera (11395);
Amaury R. Colón Burgos (12834);

Querella sobre
suspensión del
ejercicio de
abogacía y la
notaría

SENTENCIA

San Juan, Puerto Rico, a 4 de mayo de 2001.

Por las razones que se expresan en la Opinión del Tribunal, la cual se hace formar parte integral de la presente Sentencia, se decreta la suspensión inmediata e indefinida del ejercicio de la abogacía de los abogados de epígrafe.

Los querellados notificarán a sus clientes que, por motivo de la suspensión no pueden continuar con su representación legal y devolverán a éstos los expedientes de los casos pendientes y los honorarios recibidos por trabajos no realizados. Asimismo, informarán de su suspensión a cualquier Sala del Tribunal General de Justicia o a cualquier foro administrativo donde tengan algún caso pendiente. Por último, tienen la obligación de acreditar y certificar ante este Tribunal, en el término de treinta (30) días, que se cumplió con lo antes señalado.

La Oficina de Alguaciles de este Tribunal procederá de inmediato a incautarse de la obra y sello notarial de Luis Tirado Barreras, Amaury Sánchez Ruiz, Milagros Cabrera Rosado y Noel A. Cruz Galíndez, luego de lo cual entregará la misma a la Oficina de

Inspección de Notarías para la correspondiente inspección e informe.

Así lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal. Los Jueces Asociados, señores Fuster Berlingeri y Rivera Pérez, no intervinieron.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo